940

No. 97–1845. SANDERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–1849. KLOPP *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–1852. SCHEUMANN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–1854. PIERSON *v.* WILSHIRE TERRACE CORP. C. A. 9th Cir. Certiorari denied.

No. 97–1860. KEARNS *v.* WOOD MOTORS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 97–1861. GIAIMO ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–1871. WHATLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–1901. IN RE CARANCHINI. Sup. Ct. Mo. Certiorari denied.

No. 97–1903. SUDWISHER *v.* ESTATE OF HOFFPAUIR ET AL. Sup. Ct. La. Certiorari denied.

No. 97–6467. SPRUILL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6915. ALLAH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–7373. EPPS *v.* WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 97–7418. HAMILTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–7956. THOMAS, AKA GREGORY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8143. WASHINGTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–8279. TERRY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.